JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM L. BANKS,<br><br>        Plaintiff<br><br>    v.<br><br>THE PACIFIC CREST TRAIL ASSOCIATION, et al.,<br><br>        Defendants. | Case No. SACV 23-1026-MWF (SSC)<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On July 16, 2024, the Court granted Defendants' Motions to Dismiss, dismissed with prejudice Plaintiff's existing due process claim based on the handling of his administrative complaint, dismissed with prejudice Defendant Holzworth from the action, and dismissed Plaintiff's equal protection claim with leave to amend. (Docket No. 43). The Court allowed Plaintiff to file a second amended complaint ("SAC") no later than July 30, 2024. (*Id.*).

To date, Plaintiff has not filed a SAC or otherwise responded to the Court's Order. Accordingly, this action is **DISMISSED** for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962).

///

///

///

1  This Order shall constitute notice of entry of judgment pursuant to Federal
2  Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the
3  Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

Dated:  August 23, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge